FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Porter, Matthew Paul | Docket No. | 2:19CR00186-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Matthew Paul Porter is alleged to have ingested heroin on five occasions between November 20, through November 25, 2019.

On November 19, 2019, Mr. Porter appeared before the Court for an initial appearance and was placed under conditions of pretrial release supervision at that time. Mr. Porter acknowledged to the undersigned officer that the Court ordered him to abstain from illegal controlled substances at his initial appearance.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 9.

On November 27, 2019, Mr. Porter reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Mr. Porter admitted he smoked heroin five times between November 20, to November 25, 2019. Subsequently, Mr. Porter signed a substance abuse admission form acknowledging his use of heroin.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:  December 4, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Porter, Matthew Paul**
**December 4, 2019**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

December 4, 2019
_____
Date