PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 18, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.          Porter, Matthew Paul          Docket No.          2:19CR00186-RMP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Matthew Paul Porter is alleged to have tested positive for the presence of marijuana on December 11, 2019.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter.  Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 9.

On December 11, 2019, Mr. Porter reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine and marijuana.  The sample was sent to Alere Toxicology (Alere) for further analysis.

On December 14, 2019, Alere confirmed the urine specimen tested negative for the presence of methamphetamine, but was positive for the presence of marijuana.

**Violation #3:** Matthew Paul Porter is alleged to have tested presumptive positive for the presence of marijuana on December 13, 2019.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter.  Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 9.

On December 13, 2019, Mr. Porter reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana.  Mr. Porter signed a substance abuse admission form acknowledging his last use of marijuana was on or about November 28, 2019.

It should be noted, on December 17, 2019, the undersigned officer confronted Mr. Porter about his use of marijuana.  Mr. Porter denied ingesting marijuana since his placement under conditions of pretrial release supervision.  He stated he put the incorrect date on the admission form regarding his last use of marijuana.  Mr. Porter reported his last use of marijuana was on or about November 18, 2019.

PS-8

**Re: Porter, Matthew Paul**
**December 18, 2019**
**Page 2**

## PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   December 18, 2019

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

December 18, 2019

Date