UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Porter, Matthew Paul | Docket No. | 2:19CR00186-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Matthew Paul Porter is alleged to have tested presumptive positive for the presence of marijuana on December 18, 2019.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 9.

On December 18, 2019, Mr. Porter reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana. Mr. Porter signed a substance abuse admission form acknowledging he used marijuana, but did not specify a date.

On December 23, 2019, the undersigned officer confronted Mr. Porter about his presumptive positive test result. Mr. Porter denied using marijuana, stating the result was residual from marijuana use that occurred prior to being placed on pretrial release supervision. He stated his last use of marijuana was on November 18, 2019.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | December 23, 2019 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

December 23, 2019

Date