# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 23, 2019**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Porter, Matthew Paul | Docket No. | 2:19CR00186-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** Matthew Paul Porter admitted to smoking heroin and methamphetamine on December 22, 2019.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 9.

On December 23, 2019, Mr. Porter reported to the U.S. Probation Office and attempted to obstruct with the efficiency of his urinalysis testing by using a device to provide another synthetic urine and representing the bodily fluid as his own. Upon this officer discovering the device, Mr. Porter admitted he smoked heroin and methamphetamine on December 22, 2019. Subsequently, Mr. Porter signed a substance abuse admission form acknowledging his use of heroin and methamphetamine on December 22, 2019.

**Violation #6:** Matthew Paul Porter is alleged to have attempted to obstruct or tamper with the efficiency and accuracy of urinalysis testing on December 23, 2019.

On November 27, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included additional condition number 27.

On December 23, 2019, Mr. Porter reported to the U.S. Probation Office and attempted to use a device to introduce synthetic urine in order to pass his drug screening test. As noted in violation number 5, Mr. Porter admitted he had used heroin and methamphetamine. Mr. Porter admitted the liquid he attempted to portray as his own urine was synthetic urine that he purchased at a local "smoke shop."

PS-8

Re: Porter,, Matthew Paul
December 23, 2019
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 23, 2019

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/23/2019

Date