UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Porter, Matthew Paul | Docket No. | 2:19CR00186-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of November 2019, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #7:** Matthew Paul Porter failed to report to the U.S. Probation Office as directed on December 26, 2019.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 6.

On December 23, 2019, Mr. Porter reported to the U.S. Probation Office in Spokane prior to and following his scheduled Court hearing on the day in question before Your Honor. As a part of these contacts, Mr. Porter attempted to defeat the urinalysis testing process, and ultimately admitted to ingesting both methamphetamine and heroin. This conduct was previously reported to the Court on the petition dated December 23, 2019. Mr. Porter was directed to again report back to the U.S. Probation Office on December 26, 2019. Mr. Porter has since failed to report as directed, and as a result, his current level of compliance with his conditions of release as ordered by the Court is unknown.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | December 27, 2019 |
| by | s/Chris Heinen | |
| | Chris Heinen U.S. Pretrial Services Officer | |

PS-8
**Re: Porter, Matthew Paul**
**December 27, 2019**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*M. K. Dinke*

Signature of Judicial Officer

12/27/2019

Date