UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Porter, Matthew Paul | Docket No. | 2:19CR00186-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 19th day of November 2019, under the following conditions:

**Additional Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation. Pretrial Services shall determine the evaluator and the schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #8:** Matthew Paul Porter is alleged to have failed to report for a scheduled substance abuse evaluation at Pioneer Human Services on December 30, 2019.

On November 27, 2019, the conditions of pretrial release supervision were reviewed with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included additional condition number 24.

On December 30, 2019, a counselor at Pioneer Human Services contacted the undersigned officer and advised Mr. Porter had a substance abuse evaluation scheduled on December 30, 2019. Mr. Porter failed to appear for this scheduled substance abuse evaluation.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | December 30, 2019 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

THE COURT ORDERS

[  ] No Action
[  ] The Issuance of a Warrant
[  ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[  ] Other

_____
Signature of Judicial Officer

12/30/2019
_____
Date