# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2020

SEAN F. MCAVOY, CLERK

U.S.A. vs.　　　　Porter, Matthew Paul　　　　Docket No.　　0980 2:19CR00186-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Paul Porter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 21st day of January 2020, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Matthew Paul Porter is alleged to have failed to report as instructed by the undersigned officer on February 14, 2020.

On February 11, 2020, the undersigned officer reviewed conditions of release with Mr. Porter. Mr. Porter acknowledged an understanding of the conditions, which included standard condition number 6. The release order also instructed Mr. Porter to return to the custody of the U.S. Marshal upon completion of treatment.

On January 21, 2020, Mr. Porter was released from custody and entered inpatient substance abuse treatment at American Behavioral Health Systems (ABHS).

On February 11, 2020, the undersigned officer advised Mr. Porter that he was scheduled to complete inpatient substance abuse treatment at ABHS on February 14, 2020. The undersigned officer further advised Mr. Porter that he would need to return to the custody of the U.S. Marshal upon completion of treatment, absent further order of the Court, as noted in his release order dated January 21, 2020.

On February 13, 2020, the undersigned officer spoke with defense counsel and Mr. Porter regarding his intentions upon completing inpatient substance abuse treatment on February 14, 2020. Mr. Porter advised he would return to the custody of the U.S. Marshal upon completion of inpatient treatment. Mr. Porter advised he would participate in a graduation ceremony at ABHS on February 14, 2020, at 1:30 p.m. He agreed to report to the U.S. Probation Office on February 14, 2020, at 3:30 p.m. to return to the custody of the U.S. Marshal.

Mr. Porter failed to surrender himself to the custody of the U.S. Marshal on February 14, 2020. Attempts by the undersigned officer to contact Mr. Porter by telephone have been unsuccessful.

Mr. Porter's whereabouts are unknown at this time.

PS-8
Re: Porter, Matthew Paul
February 18, 2020
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: February 18, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 18, 2020
Date